No. 84–5476.  SPAINHOWER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 84–5502.  CAMPBELL v. CLARK, SECRETARY OF THE INTERIOR.  C. A. 9th Cir.  Certiorari denied.

No. 84–5518.  FLEMING v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 84–5520.  CHARLES v. FOLTZ, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 84–5525.  OWEN v. TENNESSEE.  Ct. Crim. App. Tenn. Certiorari denied.

No. 84–5526.  ROBERTS v. MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 84–5529.  WARD v. KNOBLOCK, HURON COUNTY CIRCUIT JUDGE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 84–5560.  STROGER v. NEW JERSEY.  Sup. Ct. N. J. Certiorari denied.

No. 84–5582.  MABERY v. KNIGHT ET AL.  C. A. 4th Cir. Certiorari denied.

No. 84–5618.  MILLER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–5637.  FREEMAN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–5753.  NUNLEY v. ALFORD, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 84–5773.  SUMERLIN v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 84–5778.  FOSTER v. DEROBERTIS, WARDEN.  C. A. 7th Cir.  Certiorari denied.